# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:08cv459

| | |
|---|---|
| LORI A. DEVRIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary

Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is

**GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This

case is hereby **DISMISSED WITH PREJUDICE.**

Signed: July 1, 2010

Martin Reidinger
United States District Judge